UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LINDA JO BUGBEE<br><br>    Plaintiff,<br><br>    vs.,<br><br>COMISSIONER  SOCIAL<br>        SECURITY<br>Defendant. | Civil Case # 6:18-cv-00742-SI<br><br>ORDER TO PAY<br>EAJA FEES |

Simon, District Court Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's stipulation, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $8,336.40 is awarded to Plaintiff in care of his attorney, Drew Johnson, and the check for EAJA fees shall be made payable to Drew Johnson, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Drew Johnson, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $10.00 for postage expenses, and $5.00 in photocopying costs pursuant to 28 U.S.C. 1920.  Any check issued for EAJA fees or for costs and expenses shall be sent to Plaintiff in care of his attorney, Drew Johnson, at his office, located at the following address:

   Drew L. Johnson, P.C.
   1700 Valley River Drive
   Eugene, OR 97401

IT IS SO ORDERED.

Dated this ___19th___ day of ___November___, 2019

___/s/ Michael H. Simon___
UNITED STATES DISTRICT COURT JUDGE, Michael H. Simon